DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Melvin H. Bancheck, Administrator of the Estate of Keith L. Ferrell | ) ) ) | CASE NO. 1:06CV3108 |
| Plaintiff(s), | ) ) | |
| v. | ) ) | JUDGMENT ENTRY |
| United States of America | ) ) | |
| Defendant(s). | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the above-captioned case is dismissed for lack of subject matter jurisdiction.


  June 8, 2007                             *s/ David D. Dowd, Jr.*
Date                                      David D. Dowd, Jr.
                                          U.S. District Judge